RECEIVED
6/16/2025
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

ND MISS FORM P3 COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)   PAGE 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Quintarius Carter
Plaintiff

v.   CASE NO. 3:25-cv-177-MPM-JMV

Hinds County Detention center
Defendant

## PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name: Quintarius Carter Menshaw
   B. Name under which sentenced: Quintarius Carter
   C. Inmate identification number: 7700072540
   D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): 1450 County Farm Rd Raymond, MS, 39154
   E. Place of confinement: Hinds County Detention center

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name: K. McBride
   Title (Superintendent, Sheriff, etc.): Captain
   Defendant's mailing address (street or post office box number, city, state, ZIP): 1450 County Farm Rd Raymond, MS, 39154

N D MISS FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)   PAGE 2

Name: **Jones**

Title (Superintendent, Sheriff, etc.): **Sergent**

Defendant's mailing address (street or post office box number, city, state, ZIP): **1450 County Farm Rd, Raymond, MS, 39154**

Name: **James Dotson**

Title (Superintendent, Sheriff, etc.): **Sergent**

Defendant's mailing address (street or post office box number, city, state, ZIP): **1450 County Farm Rd, Raymond, MS, 39154**

Name: **Evans**

Title (Superintendent, Sheriff, etc.): **C.O Jailer, Sanitation**

Defendant's mailing address (street or post office box number, city, state, ZIP): **1450 County Farm Rd, Raymond, MS, 39154**

(If additional Defendants are named, provide on separate sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment?  ☐ Yes  ☑ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper, clearly label each additional sheet as being a continuation of Question 4.

   A. Parties to the lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

   B. Court: _____   C. Docket No: _____

   D. Judge's Name: _____   E. Date suit filed: _____

   F. Date decided: _____   G. Result (affirmed, reversed, etc.): _____

5. Is there a prisoner grievance procedure or system in the place of your confinement?  ☐ Yes  ☑ No

6. If "Yes," did you present to the grievance system the same facts and issues you allege in this complaint? (See question 9, below).  ☐ Yes  ☑ No

7. If you checked "Yes" in Question 6, answer the following questions:

A. Does the grievance system place a limit on the time within which a grievance must be presented?  ☐ Yes   ☒ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed?  ☐ Yes   ☒ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific; include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

On or about the day of November, 27, 2024 I Quintarius Carter 7200072540 was placed into a inhumane holding tank for 2 months by Captain K. McBride and James Dotson. This holding tank is and has been for awhile contaminated with dark mold and feces as well as flys and nats. I've complained multiple times about my health and living conditions but only got a dry reply and a unprofessional response when I ask to speak with someone higher or a grievance.

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

I never recieved any grievances. Whenever I asked for one I was told that they didn't have any by multiple officers so I did the next best thing to file this form on my own.

ND MISS FORM F3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                                         PAGE 4

> Special Note: Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system.

I did explain and complain to prison officials and administration about my living conditions and well being in the jail multiple times and everytime they always denied and neglected my complaints and would never bring me any grievances.

9. Write below, as briefly as possible, the facts of your case. Describe how each Defendant is involved. Write the names of all other persons involved, include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary, label attached pages as being continuations of Question 9.

I was placed in a inhumane and unlivable holding cell contaminated and filled with feces and dark mold that had started to cause an effect on my health due to Captain K. McBride and Sergent James Dotson. also → (Claim 2)
(Claim 2) I was placed and housed on a inhumane segregated
(C-4) lockdown unit that was suppose to be isolated and segregated from other inmates in August 1, 2020 and November 10, 2021 were I was assaulted by other inmates and had to fight for my life in self defense were I recieved an aggravated assault that stopped me from going home to my family when it was time to be released. that same assault charge was a mistrial because of the evidence wasn't strong enough to convict. (Claim 3) → I was placed in a (Claim 3) holding cell for 6 months until (DOJ) said that they didn't want nobody staying and living in those cells but somehow Captain McBride still violates my rights by holding and housing me in these same cells still.

(See video)
April 14, 15, 2025
and before

ND MISS FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)

PAGE 5

(Claim 3) (see camera video) I've been sexually mistreated by the staff in this jail on April 14, 2025 I was strip searched naked infront of (Homosexuals)(Gay) employee staff officials violating my privacy and constitutional rights

10. State briefly exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

I would like for the court to review all evidence upon these matters and claims and to seek some type of relief and compensation for their actions and wrong doings of my confinement in their custody.

This Complaint was executed at (location): Raymond Detention center Booking Holding Tank 22

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: April 15, 2025

Quintarius Carter

Plaintiff's Signature