**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**QUINTARIUS CARTER**                                                          **PLAINTIFF**

**v.**                                               **No. 3:25CV177-MPM-JMV**

**HINDS COUNTY DETENTION CENTER, ET AL.**                    **DEFENDANTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On June 17, 2025, the court entered an order requiring the plaintiff to complete and return various forms necessary for the expeditious administration of this case. Doc. 4. The order also directed the plaintiff to keep the court apprised of his current address. *Id*. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance passed on July 17, 2025. In addition, the court received mail returned from the address the plaintiff has provided. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b). In light of this ruling, the pending motion [2] to proceed *in forma pauperis* is **DISMISSED**.

**SO ORDERED**, this, the 5th day of November, 2025.

                                                     /s/Michael P. Mills
                                                     UNITED STATES DISTRICT JUDGE
                                                     NORTHERN DISTRICT OF MISSISSIPPI